IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JASON STANFORD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00241-O-BP |
| | § | |
| **ENGLAND CARRIER SERVICES LLC,** | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Jason Stanford is **DECLARED** a vexatious litigant who is required to seek leave of Court before filing any additional lawsuits in the Northern District of Texas, due to the number of cases he has recently filed and due to his apparent attempt to deceive the Court.

**SO ORDERED** on this **7th day** of **August, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**